

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Brown, on Behalf of Herself and All Others Similarly Situated | Civil Action No.  17-cv-659-WQH-DHB |
| **Plaintiff,** | |
| V. | |
| Dynamic Pet Products, LLC; Frick's Meat Products, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion to Dismiss/Motion for Judgment on the Pleadings filed by Defendants (ECF No. 23) is granted.

| | |
|---|---|
| Date:  5/20/19 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ A. Garcia |
| | A. Garcia, Deputy |